ACCEPTED
01-15-00090-cv
FIRST COURT OF APPEALS
HOUSTON, TEXAS
10/12/2015 9:30:31 AM
CHRISTOPHER PRINE
CLERK

## IN THE FIRST COURT OF APPEALS

| | | |
|---|---|---|
| **VICKY McKENNA** | § | |
| | § | FILED IN |
| **VS.** | § | 1st COURT OF APPEALS |
| | § | HOUSTON, TEXAS |
| | § | CASE NO. 01-15-00090-CV31 AM |
| **BAYLOR COLLEGE OF MEDICINE** | § | CHRISTOPHER A. PRINE |
| | | Clerk |

### APPELLANT'S FIRST MOTION TO EXTEND TIME
### TO FILE APPELLANT'S REPLY BRIEF

Appellant, Vicky McKenna, files this Motion under Rule 10.5(b), TEX. R. APP. P., and asks this Court for an extension of time in which to file Appellant's Reply Brief.  In support of this motion, Appellant would show the Court as follows.

1. This is Appellant's first request for an extension to file her Reply Brief.

2. This motion is unopposed by Baylor College of Medicine.

3. Appellant requests until October 29, 2015 an extension of fourteen (14) days in which to file her Reply Brief. The present deadline for filing is October 14, 2015.

4. Appellant's counsel, a solo practitioner, has insufficient time to prepare and file the Reply Brief due to a number of depositions and hearings and an arbitration.

5. Appellant submits that Appellee is not prejudiced by this delay.

6. This request is not made for delay only, but in order that justice may be done.

WHEREFORE, Appellant, Vicky McKenna, requests the Court extend the time for Appellant to file until October 29, 2015.

Respectfully submitted,


By: */s/ Glenn W. Patterson, Jr.*
Glenn W. Patterson, Jr.
State Bar No. 15612500
11 Greenway Plaza, Suite 2820
Houston, Texas  77046
(713) 961-1200
(713) 961-0941  (Fax)
glenn@patterson-adr.com

**ATTORNEY FOR APPELLANT**
**VICKY MCKENNA**


## CERTIFICATE OF CONFERENCE

I spoke with counsel for Appellee, who advised that Appellee does not oppose the motion.

*/s/ Glenn W. Patterson, Jr.*
Glenn W. Patterson, Jr.


## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing instrument was served on all counsel of record via electronic transmission.

Shauna Clark
Heather Sherrod
Fulbright & Jaworski, L.L.P.
1301 McKinney, Suite 5100
Houston, Texas 77010


*/s/ Glenn W. Patterson, Jr.*
Glenn W. Patterson, Jr.